UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  25CR2645-WQH |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| v. | |
| ENDHIER MOISES MORAN ANDRADE, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing/trial setting in this matter is granted (ECF No. 40), and the motion hearing/trial setting now scheduled for August 18, 2025, is continued until Monday, September 22, 2025, at 9:00 a.m.

The court finds that time is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) and that for the reasons listed in the joint motion and incorporated by reference herein, the ends of justice served by granting the requested continuance outweigh the best interest of the public and Mr. Moran Andrade in a speedy trial.

**IT IS SO ORDERED**.
Dated:   August 11, 2025

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court